IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN MINNIS,<br><br>Plaintiff,<br><br>vs.<br><br>YUM BRANDS INC., d/b/a Taco Bell<br>a North Carolina corporation;<br>BOSKOVICH FARMS, INC., a California<br>Corporation; READY PAC PRODUCE,<br>INC., a California corporation,<br><br>Defendants. | Docket No. 06-5392<br><br><br><br><br>STIPULATION TO DISMISS<br>DEFENDANT BOSKOVICH<br>FARMS, INC. WITHOUT<br>PREJUDICE |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BOSKOVICH FARMS, INC.

COME NOW the parties hereto to stipulate and agree as follows:

1. This matter involves plaintiff's claims for personal injuries from an *E. coli* O157:H7 infection that plaintiff experienced after dining at a Taco Bell restaurant in Utica, New York.

2. Plaintiff's *E. coli* O157:H7 infection is part of an ongoing outbreak in several states, including New York. On the basis of defendant Taco Bell's assertions, the cause of the outbreak was initially thought to have been contaminated green onions from defendant Boskovich Farms, Inc. Upon further epidemiological and environmental investigation, however, it has been revealed that a more likely cause of the outbreak is contaminated lettuce served at defendant Taco Bell's restaurants. The investigation into the cause of the outbreak remains ongoing.

Wherefore, the plaintiff and defendant Boskovich Farms, Inc. hereby agree to the voluntary dismissal of all of plaintiff's claims against Boskovich Farms, Inc., said dismissal to be without prejudice or award of costs to any parties.

DATED: December 14, 2006.

THE FERRARA LAW FIRM, LLC
601 Longwood Avenue
Cherry Hill, NJ 08002
Telephone: 856-779-9500
Attorney for plaintiff

BY: _____
Michael Ferrara, Esq., #0459

William D. Marler, Esquire
Admission Pro Hac Vice Pending
WA Id. No. 17233
701 Fifth Avenue, Suite 6600
Seattle, WA 98104
(206) 346-1890

Attorneys for the Plaintiffs

LESTER, SCHWAB, KATZ & DWYER LLP

BY: _____
Paul L. Kassirer
NDNY NO. 502045
Lester, Schwab, Katz & Dwyer LLP
120 Broadway
New York, NY 10271—0071
(212) 964-6611

On behalf of Defendant Boskovich Farms, Inc.