

**THE FERRARA LAW FIRM, L.L.C.**
Michael A. Ferrara, Jr., Esquire
601 Longwood Avenue
Cherry Hill, NJ  08002
Telephone: (856) 779-9500
mferrara@ferraralawfirm.com

**MARLER CLARK, L.L.P, P.S.**
William D. Marler, Esquire
6600 Columbia Tower
701 5th Avenue
Seattle, WA  98104
Telephone: (206) 346-1890
bmarler@marlerclark.com

FILED  APR 0 4 2007

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN MINNIS,<br><br>       Plaintiff,<br><br>v.<br><br>YUM BRANDS, INC., d/b/a Taco Bell, a North Carolina corporation;<br><br>READY PAC PRODUCE, INC., a California Corporation<br><br>       Defendants, | Docket No: 06-CV-5392<br>CIVIL ACTION |

E N T E R E D

**STIPULATION and
ORDER OF DISMISSAL,
WITHOUT PREJUDICE**

CLERK OF COURT

By

All the parties hereto, by and through their respective attorneys of record, hereby stipulate to the following:

1.    All claims asserted by all parties to this action should be dismissed, without prejudice, and without award of costs to any party;

2.    This stipulation may be executed in one or more counter-parts, each of which shall constitute one and the same instrument, and which shall be binding and enforceable as if all parties had executed the same documents; and

3.    The proposed order of dismissal subjoined hereto may be presented to any entered by the court ex-parte.


**LESTER SCHWAB KATZ & DWYER, LLP**
Attorney for Defendant:  Ready Pac Produce, Inc.

By: _____
     Paul Kassirer, Esquire


**MARSHALL, DENNEHEY, WARNER, COLEMAN & COCCIN**
Attorney for Defendant:  Ready Pac Produce, Inc.

By: _____
     Thomas P. Wagner, Esquire


**BENNETT, BRICKLIN & SALTZBURG**
**Attorney for Defendant:  Yum Brands,**
**Inc. d/b/a Taco Bell**

By: _____
     Beth A. Carter, Esquire


-2-

04/02/07 16:34 FAX                    GJ                    ☑004/005

Case 2:06-cv-05392-WY    Document 19    Filed 04/04/2007    Page 3 of 4
Case 2:06-cv-05392-WY    Document 20    Filed 04/04/2007    Page 3

THE FERRARA LAW FIRM, L.L.C.

By: _____
     Michael A. Ferrara, Jr., Esquire

MARLER  CLARK, L.L.P.
William M. Marler, Esquire
Admission Pro Hac Vice
701 5ᵗʰ Avenue, Suite 6600
Seattle, Washington  98104

Attorneys for Plaintiff

## ORDER

This matter having come before the court as stipulated by and between the parties, and the court having read the stipulation and being thereby fully advised.

Now, therefore, it is hereby.

ORDER, ADJUDGED, and DECREED that all claims asserted by all parties to this action, are hereby dismissed, without prejudice, and without award of costs to any party.

DATED this _____ 4 ___ of ____ April ____, 2007

By: _____

William H. Yohn, Jr., U.S.D.J.